IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 5 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| ISMAIL MOHAMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1789 (RWR) |
| ) | |
| ROBERT M. GATES, ) | |
| Secretary, United States Department of ) | |
| Defense, ) | |
| ) | |
| Respondent. ) | |

### [PROPOSED] ORDER

The Court, having considered the parties' Joint Status Report filed June 24, 2009, hereby **ORDERS** that Respondent make arrangements to allow Petitioner Ismail Mohamed (ISN 10027) to spend ___3___ day(s) (9 a.m. to 4:30 p.m.) in a meeting room at Camp Echo to review the declassified, For Official Use Only (FOUO) versions of his statements included in the Factual Return. Standard procedures for lunch and prayer time will be followed. Standard procedures for notifying, moving, and securing Petitioner will also be in place. If Petitioner refuses to go to the meeting room or asks to leave the meeting room at any point during the day, Guantanamo Bay personnel will not force him to go to or to remain in the meeting room. Petitioner will not be allowed to bring anything into the meeting room but will be supplied with a pen and note paper, on which he would be allowed to take notes. Petitioner will be allowed to retain his notes so long as they are not word-for-word copies of the FOUO documents or substantial portions thereof.

IT IS SO **ORDERED**, this  25th  day of  June  , 2009.

_____
Richard W. Roberts
United States District Judge